[No. 6601–7–II. Division Two. February 15, 1985.]

*In the Matter of the Marriage of* VIOLET M. CREELMAN, *Respondent, and* CLAUDE W. CREELMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 29712, Grant S. Meiner, J., entered August 27, 1982. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 6874–5–II. Division Two. February 15, 1985.]

*In the Matter of the Marriage of* JENEAN ANN HAYBURN, *Respondent, and* JOHN FRANCIS HAYBURN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–3–02312–3, William L. Brown, Jr., J., entered January 14, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 13548–1–I. Division One. February 19, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT ALLEN KRUEGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00768–9, Rosselle Pekelis, J., entered July 19, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Coleman and Grosse, JJ.